United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 24-34688 |
| K & P COMMERCIAL CONTRACTORS, § | |
| LLC, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

ORDER
CHAPTER 11 STATUS CONFERENCE

The Court conducted an initial status conference. K & P Commercial Contractors, LLC ("*Debtor*") is a Subchapter V Small Business as set forth in 11 U.S.C. §1181 et seq. It is therefore

**ORDERED** that:

a. on or before **Monday, December 2, 2024** Debtor must:

   1. close all current bank accounts and open a Debtor-In-Possession bank account at a United States Trustee ("*U.S.T.*") approved DIP bank or file a motion to waive this requirement;
   2. provide proof of insurance on all assets to the U.S.T. listing the UST as a party of notice;
   3. file motions to employ all professionals needed in this case;
   4. file a completed Form B426
   5. all other outstanding UST requirements as stated on the record.

b. Additionally, Debtor must:

   1. file a Plan on or before **Thursday, January 2, 2025**
   2. fulfill all of the requirements of 11 U.S.C. § 1116 as set forth pursuant to 11 U.S.C. § 1187;
   3. comply with all of the periodic reporting requirements as set forth in 11 U.S.C. §308 including:

      a. the debtor's profitability;

   b. reasonable approximations of the Debtor's projected case receipts and cash disbursements;
   c. comparisons of actual case receipts and disbursements with projections in earlier reports;
   d. whether the debtor is in compliance with postpetition requirements of the Bankruptcy Code and the Bankruptcy Rules and whether the debtor is timely filing tax returns and paying taxes and administrative expenses when due.

SIGNED November 18, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge